UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CARGILL, INC., a Delaware corporation,   Case No. 00-4795-CIV-MOORE

    Plaintiff,    Judge K. Michael Moore
v.    Magistrate Judge O'Sullivan

SALT CREEK, INC., a Utah Corporation,

    Defendant

_____/

FILED by _____ D.C.

OCT 2 6 2001

CLARENCE MADDOX
CLER., U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## JURY VERDICT FORM

1.    Do you find that Cargill has proven, by a preponderance of the evidence, that Salt Creek's making, use or sale of the Liquid Shrimp Diet literally infringes any of the following claims of Cargill's '246 Patent?

    Claim 1:    YES __X__    NO ____
    Claim 2:    YES __X__    NO ____

2.    Do you find that Cargill has proven, by a preponderance of the evidence, that Salt Creek's making, use or sale of the Liquid Fish Diet literally infringes any of the following claims of Cargill's '246 Patent?

    Claim 1:    YES __X__    NO ____
    Claim 2:    YES __X__    NO ____

IF YOU ANSWERED NO TO QUESTIONS NO. 1 AND 2, YOUR VERDICT IS FOR SALT CREEK AND YOU SHOULD STOP HERE.

IF YOU ANSWERED YES TO EITHER QUESTION NO. 1 OR QUESTION 2, PLEASE PROCEED TO QUESTION NO. 3.

OCT 3 0 2001

Rec'd in M/A Dkt _____

3. If you found at least one claim of the '246 patent infringed, what amount of damages in the form of a reasonable royalty do you find plaintiff has proven by a preponderance of the evidence, if any?

$ 27,674

4. Do you find that Cargill has proven, by clear and convincing evidence, that Salt Creek willfully infringed the '246 patent?

YES  X   NO ____

DATED: 10/2/...

_____
Jury Foreperson (signature)