CLOSED CIVIL CASE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 00-4795-CIV-MOORE

CARGILL, INC., a Delaware corporation,

    Plaintiff,

vs.

SALT CREEK, INC., a Utah Corporation,

    Defendant.

_____/

**ORDER OF FINAL JUDGMENT**

FILED by _____ D.C.
NOV 2 6 2001
CLARENCE MADDOX
CLER U.S. DIST. CT.
S.D. OF FLA. - MIAMI

    Pursuant to Fed.R.Civ.P. 54 and 58, and upon a verdict by a jury, it is ORDERED and ADJUDGED that a final judgment is entered against Defendant, SALT CREEK, INC. and in favor of Plaintiff, CARGILL, INC.

    This Case is CLOSED.

    DONE AND ORDERED in Chambers at Miami, Florida, this 25th day of November, 2001.

_____
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

copies provided:
James A. Gale, Esq., Counsel for Plaintiff
Stephanie C. Alvarez, Esq., Counsel for Plaintiff
Gail A. McQuilken, Esq., Counsel for Defendant
Robert Mansfield, Esq., Counsel for Defendant